| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)  Garrity, James L. | 2. Court or Organization  U.S. Bankruptcy Court -- Southern District New York | 3. Date of Report  12/12/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. Bankruptcy Judge -- Active | 5a. Report Type (check appropriate type)  ☐ Nomination   Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☑ Amended Report | 6. Reporting Period  01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

United States Bankruptcy Court
One Bowling Green
New York, New York 10004

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Officer | Lincoln Hall Boys' Haven |
| 2. | Officer | Lincoln Hall Foundation |
| 3. | Co-executor | Estate |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2011 | Shearman & Sterling Employee Pension Plan -- Defined Benefit Pension Plan |
| 2. | 2013 | Morgan Lewis & Bockius LLP -- Cash Balance Plan |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garrity, James L. | 12/12/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Hudson Valley Bar Association | 09/25/15 | Poughkeepsie, New York | CLE | Transportation & meal |
| 2. | American Bankruptcy Institute | 10/08/15 - 10/09/15 | Washington, D.C. | CLE | Transportation, meals & hotel |
| 3. | Capital Region Bankruptcy Bar Ass'n/Central NY Bankruptcy Bar Ass'n | 10/23/15 - 10/24/15 | Cooperstown, New York | CLE | Transportation, meals & hotel |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Morgan Lewis & Bockius LLP | Shared expense for public reception following ceremonial swearing in ceremony at USBC | $10,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garrity, James L. | 12/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank, NA Savings, Checking, Money Market | B | Interest | L | T | | | | | |
| 2. Uniform Trans. to Minors Accout | | | | | | | | | |
| 3. -- Invesco Global Core Equity Fund Class A | | None | J | T | | | | | |
| 4. -- Eaton Vance Tax Managed Grouwth Fund 1.1 Class A | A | Dividend | J | T | | | | | |
| 5. -- Wells Fargo Asset Allocation | | None | J | T | | | | | |
| 6. 529 Plan Account -- JP Morgan 529 College Age-Based Portfolio C | A | Dividend | M | T | | | | | |
| 7. Shearman & Sterlng HR 10 -- Tax Qualified Defined Contribution Plan | | None | O | T | | | | | |
| 8. Morgan Lewis Bockius LLP -- Defined Contribution Plan | D | Int./Div. | L | T | | | | | |
| 9. Shearman & Sterling 401(k) | | | | | | | | | |
| 10. -- Wellington Vanguard | A | Int./Div. | K | T | | | | | |
| 11. -- TRP Stable Value Fund Sch. A | A | Int./Div. | K | T | | | | | |
| 12. Berkshire Hathaway Inc. Series B New BRK/B | | None | L | T | | | | | |
| 13. Dow Chemical Company | A | Dividend | K | T | | | | | |
| 14. IShares Silver Tr ET SLV | | None | J | T | | | | | |
| 15. IShares ET US Preferred | D | Dividend | L | T | | | | | |
| 16. IShares ET Int'l Select Dividend | B | Dividend | K | T | | | | | |
| 17. IShares MSCI Brazil ET Capped | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garrity, James L. | 12/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  IShares Select ET Dividend | C | Dividend | L | T | | | | | |
| 19.  Market Vectors JR Gold Miners | A | Dividend | J | T | | | | | |
| 20.  Microsoft Corp | A | Dividend | K | T | | | | | |
| 21.  Mondelez Int'l Inc. | A | Dividend | K | T | | | | | |
| 22.  Philip Morris International Inc | A | Dividend | K | T | | | | | |
| 23.  SPDR Dow Jones Indl ET Average ETF TR | C | Dividend | L | T | | | | | |
| 24.  SPDR Gold Trust ET | | None | L | T | | | | | |
| 25.  Dunkin Brands Grp Inc | A | Dividend | K | T | | | | | |
| 26.  SPDR S&P Midcap 400 ET Trust Series N | D | Dividend | M | T | | | | | |
| 27.  SPDR S&P 500 Trust ET SPY | D | Dividend | N | T | | | | | |
| 28.  Puerto Rico Commonwealth Infrastructure Fin Auth | B | Interest | K | T | | | | | |
| 29.  New York NY Issues See 64966K Preref 5.000% Due 1/1/22 | B | Interest | J | T | | | | | |
| 30.  Mt. Vernson NY City School Distr G/O | A | Interest | J | T | | | | | |
| 31.  Dutchess Co. NY Indl Dev Agy Civic FAC Bard Coll | B | Interest | K | T | | | | | |
| 32.  Hempstead Town NY LOC Dev Corp Adephi Univ | B | Interest | K | T | | | | | |
| 33.  Poughkeepsie City NY Pub Impt Ser A Due 6/1/19 | B | Interest | K | T | | | | | |
| 34.  New York State Dorm Auth REVS Non ST Supported Debt 2009 Due 7/1/19 | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garrity, James L. | 12/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Newburgh NY Pub Impt Ser B G/O Due 9/1/19 | B | Interest | K | T | | | | | |
| 36. Oyster Bay NY G/O Ltd CPN 3.250% Due 8/1/20 | B | Interest | K | T | | | | | |
| 37. NYS MTG AGY REV NY ST HIGH ED FIN AUTH Due 11/1/20 | B | Interest | K | T | | | | | |
| 38. General Brown Cent Sch Distr NY Brownville & Dexter G/O | B | Interest | K | T | | | | | |
| 39. NYS Dorm Auth Revs Non St Supported Debt 2009 Due 10/1/1 | B | Interest | K | T | | | | | |
| 40. Yonkers NY Sch Ser D G/O Ltd 2.750% | A | Interest | K | T | | | | | |
| 41. Metro Trans Auth NY Rev Trans CPN 5.000% due 11/15/21 | B | Interest | K | T | | | | | |
| 42. NYS Urban Dev Corp CPN 5.000% due 1/1/22 | B | Interest | K | T | Buy | 05/14/15 | L | | |
| 43. Orangetown NY Pub Imp Ser CPN 2.000% due 2/1/22 | B | Interest | K | T | | | | | |
| 44. Rockland Co NY NY Var Purp Ser CPN 4.250% due 6/1/22 | B | Interest | K | T | | | | | |
| 45. Tobacco Settlement Fing Corp NY Rev Asset BKD CPN 5.000% due 6/1/22 | A | Interest | K | T | | | | | |
| 46. Rockland Co NY VAR Purp Ser CPN 4.000% Due 10/15/22 | B | Interest | K | T | | | | | |
| 47. Puerto Rico Pub Bldgs Auth CPN 5.250% due 7/1/23 | B | Interest | J | T | | | | | |
| 48. New York NY Subser J 1 CPN 5.000% due 5/15.24 | B | Interest | L | T | | | | | |
| 49. Oyster Bay NY G/O Ltd CPN 3.250% due 8/1/24 | B | Interest | K | T | | | | | |
| 50. Ramapo NY Pub Impt Ser A G/O CPN 3.625% due 5/15/25 | A | Interest | K | T | Buy | 05/21/15 | K | | |
| 51. Metro Trans Auth NY Rev Trans Ser D CPN 5.000% due 11/15/25 | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garrity, James L. | 12/12/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. New York NY City Transitional FN Fiscal 2013 Due 7/15/37 | A | Interest | K | T | | | | | |
| 53. Metr Trans Auth NY Rev Transn Ser A CPN 5.000% Due 11/15/37 | B | Interest | K | T | | | | | |
| 54. Hudson Yards NY Infra Corp SR B/E CPN 5.000% due 2/15/47 | B | Interest | K | T | | | | | |
| 55. Barlclay BAn PLC Step Up CPNMedium Term Note CPN 4.500% Due 7/9/20 | B | Interest | K | T | | | | | |
| 56. First Eagle FDS Inc Global FD CL 1 SGIX | B | Dividend | L | T | | | | | |
| 57. First Eagle SOCGEN Global FD CL C FESGX Held in Margin | A | Dividend | L | T | | | | | |
| 58. IVY FDS Inc Asset Strategy FD CL 1 | A | Dividend | L | T | | | | | |
| 59. JP Morgan Equity Income Fund CL A | B | Dividend | L | T | | | | | |
| 60. Pioneer Fundemental Growth FD | A | Dividend | K | T | | | | | |
| 61. Wells Fargo Advantage FDS - Asset Allocation FD Class C | B | Dividend | M | T | | | | | |
| 62. Cohen & Steers Select PFD & Income FD Inc | D | Dividend | K | T | | | | | |
| 63. Nuveen NY AMT FRE Municipal Income Fund NRK | B | Dividend | K | T | | | | | |
| 64. American Fin GRP 7% PFD Maturity 9/30/50 | B | Interest | J | T | | | | | |
| 65. Barclays Bank PLC 8.125% Non cum Perp PFD | C | Dividend | K | T | | | | | |
| 66. Deutsche Bank 7.60% PFD contingent Cap III | B | Dividend | J | T | | | | | |
| 67. Royal BK Scotland 7.25% PERPNon-Cum PFD | C | Dividend | L | T | | | | | |
| 68. American Funds -- Washinngton Mutual Investors Fund | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garrity, James L. | 12/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Mass Mutual Variable Universal Life/MML Small Cap Growth Equity Fund | B | Dividend | K | T | | | | | |
| 70. Schodak NY Central Shool District Fund | A | Interest | K | T | Buy | 10/15/15 | K | | |
| 71. Brentwood NY 44% Bonds 05/0102022 | A | Interest | | | Sold | 05/22/15 | J | | |
| 72. Lloyds BKG Group | A | Interest | | | Sold | 07/15/15 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garrity, James L. | 12/12/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I -- Estate identified in Part I does not hold any reportable assets.

Part VII -- Shearman & Sterling HR 10 -- The reports that I recieve on this account do not provide a break down of the income attributable to the assets in the fund. I attempted to get that information but was unable to obtain it. I was advised that over the course of the reporting period, the fund lost value. That said, I understand that for purposes of this report, there is a distinction between income and value. Again, I was not able to obtain the information.

Part VII, lines 66, 67 -- I held the Brentwood and Lloyds investments during my initial reporting period. They were sold prior to the close of that period and I erroneously failed to include them in my initial report. I apologize for that error. Please accept this as an amendment to my initial report.

# FINANCIAL DISCLOSURE REPORT

Page 10 of 10

Name of Person Reporting

Garrity, James L.

Date of Report

12/12/2016

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ James L. Garrity

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544